UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Misael BOBADILLA-Carrillo,**<br><br>Defendant | Magistrate Docket No.<br><br>**'08 MJ 1472**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 10, 2008**, within the Southern District of California, defendant, **Misael BOBADILLA-Carrillo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **MAY 2008.**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Misael BOBADILLA-Carrillo

### PROBABLE CAUSE STATEMENT

On 5/10/2008, Border Patrol Agent D. Joyal was performing line watch duties near the town of Jacumba, California. Jacumba is twenty-five miles east of the Tecate, California Port of Entry and half mile of the U.S./Mexico International Border. At approximately 11:00 a.m., a sensor was activated in an area commonly used by illegal aliens. Border Patrol Agent J. Norris kept constant observation in an area where illegal aliens usually walk to on Old Highway 80 to get picked up by a "load vehicle" after activating this particular sensor. Approximately three hours later Agent Norris observed eight suspected illegal aliens walk across a dirt road known as "seven gates" and noticed that they were wearing blankets tied around their feet. Agent Norris also observed one of the individuals in the group stay behind as he used sand to cover the foot-prints the group had left behind on the road. This is a common tactic used by alien smugglers to hide their foot-prints in order to make it difficult for the Border Patrol to track them. This suspected foot guide then turned back and walked southbound toward the International Border as the remainder of the group walked north toward Old Highway 80. Agent Norris used his DHS service radio to describe the suspected foot guide and informed Border Patrol Agent D. Joyal of the direction he was walking. Agent Joyal waited in the area approximately 400 yards south of Agent Norris and approximately ten minutes later observed the suspect matching the description given by agent Norris. The suspected foot guide was leading three other suspected illegal aliens south and was talking into a two way radio. These radios are commonly used by alien smugglers to communicate with each other in order to guide their group at the right time to avoid apprehension by the Border Patrol. Agent Joyal approached the group and identified himself as a Border Patrol Agent and instructed the four individuals to stop in both the English and Spanish language. All individuals ignored Agent Joyal's instructions to stop and began to run south toward the international border. Agent Joyal ran after the individuals and stop them approximately 70 yards north of the international border.

Agent Joyal again identified himself as a U.S. Border Patrol Agent to the entire group. Agent Joyal questioned all four individuals as to their citizenship. All four individuals stated that they were citizens and nationals of Mexico. When asked if they had any immigration documents allowing them to enter or remain in to the United States, all four subjects individually stated "No," including the suspected foot guide later identified as the defendant **Misael BOBADILLA-Carrillo**. Agent Joyal placed all subjects under arrest. All four, including the defendant were transported to the Boulevard Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 18, 2007, through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.