AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MISAEL BOBADILLA-CARRILLO | CASE NUMBER: 08CR1823-JLS |

I, MISAEL BOBADILLA-CARRILLO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6/5/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Misael Bobadilla C._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER